JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil coversheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Yousef Alrabadi

### DEFENDANTS
Christopher Ruiz
Tomas Ruiz

**(b)** County of Residence of First Listed Plaintiff: **Philadelphia**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Burlington**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, Telephone Number, and Email Address)*
Jason Greshes, Esquire
1628 JFK Boulevard, Suite 2200, Philadelphia, PA 19103 (215) 593-8070, jgreshes@gmail.com

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff) and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC §1332

Brief description of cause:
Motor vehicle negligence

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 75,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE: 08/17/2012

SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

IN THE FEDERAL DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Yousef Alrabadi<br>2334 S. 20th St.<br>Philadelphia, PA 19148<br><br>v.<br><br>Christopher Ruiz<br>1904 43rd St.<br>Pennsauken, NJ 08110<br><br>And<br><br>Tomas Ruiz<br>1904 43rd St.<br>Pennsauken, NJ 08401 | :<br>:<br>: Case No. 1:12-cv<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

COMPLAINT

A.   Introduction

This is a personal injury action brought by Plaintiff for injuries received in a motor vehicle collision with a vehicle driven by Defendant, Christopher Ruiz, and owned by Defendant Tomas Ruiz.

B.   Jurisdiction/Venue/Jury

Venue is proper under 28 U.S.C. §1391.  Jurisdiction is founded in diversity between Plaintiff, a Pennsylvania citizen, and Defendants citizens of New Jersey, and is thus proper under 28 U.S.C. §1332. The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. §1332.  A jury trial is demanded.

C. Factual allegations

1. Plaintiff Yousef Alrabadi is presently a citizen of Pennsylvania residing at the above-referenced address.
2. Defendant Christopher Ruiz is presently a citizen of New Jersey residing at the above-referenced address.
3. Defendant Tomas Ruiz is presently a citizen of New Jersey residing at the above-referenced address.
4. On or about January 1, 2011, at approximately 4:45 a.m., the Plaintiff, Yousef Alrabadi was operating a taxicab on Route 130 Northbound, near its intersection with Church Road, in Cinnaminson Township, Burlington County, New Jersey, when it was violently and without warning, struck from behind by a vehicle owned by Defendant Tomas Ruiz and operated by Defendant Christopher Ruiz, causing Plaintiff the serious personal injuries set forth below

Count One
Negligence

5.  Plaintiffs restate the preceding paragraphs, 1-4, as if they were here set forth in full.

6.  The aforesaid accident was due to the carelessness and negligence of the Defendants, jointly and severally, such carelessness and negligence consisting, but not limited to, the following:

a)  operating said motor vehicle at an excessive rate of speed;

b)  failing to have said motor vehicle under proper and adequate control for conditions;

c)  operating and/or maintaining and/or servicing the said vehicle without due regards of the rights, safety and position of the Plaintiff(s) at the point aforesaid;

d)  failing to give proper and sufficient warning of the vehicle's approach;

e)  violating the various ordinances of Burlington County and the statutes of the New Jersey pertaining to the operation of motor vehicles on the highways and roads;

f)  failing to keep a proper lookout;

g)  failing to use due care and control in the operation of said motor vehicles;

7. Plaintiff sustained significant and permanent injuries.
8. Plaintiff was driving a commercial vehicle (a taxicab) which was a common carrier, and is therefore zero threshhold.

D.  Damages

By reason of the aforesaid accident, Plaintiff, Yousef Alrabadi, suffered severe personal and bodily injuries to his lower back, including but not limited to sprain and strain of the lumbar spine with disc bulging at L1-2, L2-3, and L3-4, herniated disc at L4-5 and L5-S1 , and other injuries, both known and unknown, some of which may constitute aggravations of prior injuries, and all of which have caused him great pain and suffering and agony, and will continue to cause such pain, suffering and agony into the future, as well as a loss of earnings and earning capacity.

Plaintiff demands judgment against Defendants, jointly and severally, and request damages be awarded in an amount in excess of $75,000, together with court costs and interest.

Respectfully Submitted,

_____/s_____

JASON GRESHES, ESQUIRE
For Yousef Alrabadi , Plaintiff
8 Penn Center, Suite 2200
1628 JFK Boulevard
Philadelphia, PA 19103
(215) 593-8070

August 24, 2012